UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DESMONYA LEWIS,

              Petitioner,

    v.

E. RICOLCOL, Warden,

              Respondent.

Case No. 2:23-cv-07672-CBM-JC

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the March 8, 2024 Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED that (1) Respondent's Motion to Dismiss is denied; and (2) Respondent shall file a response addressing the merits of the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 within thirty (30) days of the entry of this Order.

IT IS SO ORDERED

DATED: APRIL 30, 2024

_____

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE