UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMONYA LEWIS,<br><br>    Petitioner,<br><br> v.<br><br>E. RICOLCOL, Warden,<br><br>    Respondent. | Case No. 2:23-cv-07672-CBM-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the November 12, 2024 Report and Recommendation of United States Magistrate Judge.

  IT IS HEREBY ORDERED that (1) the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 is denied and this action is dismissed with prejudice; (2) Judgment shall be entered accordingly; and (3) the Clerk shall serve copies of this Order and the Judgment on Petitioner and counsel for Respondent.

  IT IS SO ORDERED

DATED: February 11, 2025

                HONORABLE CONSUELO B. MARSHALL
                UNITED STATES DISTRICT JUDGE