JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMONYA LEWIS, | Case No. 2:23-cv-07672-CBM-JC |
| Petitioner, | |
| v. | JUDGMENT |
| E. RICOLCOL, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: February 11, 2025

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE